**People of the State of Illinois, Plaintiff-Defendant in Error, v. Alfred Denniss, Defendant-Plaintiff in Error.**

Gen. No. 10,201. 

Third District.

December 29, 1958.

Released for publication January 14, 1959.

 Robert F. Vespa, for defendant-plaintiff in error; J. Waldo Ackerman, Jr., State's Attorney (J. Calvin Bostian, Assistant State's Attorney, of counsel) for plaintiff-defendant in error. Opinion by JUSTICE ROETH. Not to be published in full.